UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMETH RAY CASTILLE, | No. C 06-6236 MHP (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINES** |
|     v. | |
| MICHAEL KNOWLES, warden, | |
|     Respondent. | |

    Petitioner filed a motion for a stay and abeyance many months ago that the court denied without prejudice to him filing a new motion for a stay and abeyance no later than December 21, 2007 that identified each and every claim he wanted to exhaust in state court. Petitioner did not file the motion and instead twice requested extensions of time because he was having difficulties accessing the law library. He later informed the court that he had moved to a new prison, apparently trying to explain his delay. The requests for an extension of time to file a motion for a stay and abeyance are GRANTED. (Docket # 24 and # 25.) Petitioner must file and serve a motion for a stay and abeyance <u>or his traverse</u> no later than **June 20, 2008**. No further extensions of this deadline will be permitted for any reason because, by the time it arrives, petitioner will have had more than seven months to prepare his filing. If petitioner files a motion for a stay and abeyance, respondent's opposition to the motion must be filed and served no later than **July 25, 2008**. Plaintiff's reply brief, if any, must be filed and served no later than **August 15, 2008**.

    IT IS SO ORDERED.

DATED: May 8, 2008

Marilyn Hall Patel
United States District Judge