**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    CLEMETH RAY CASTILLE,                    No. C 06-6236 MHP (pr)

9              Petitioner,              **ORDER EXTENDING DEADLINE FOR TRAVERSE**

10        v.

11   MICHAEL KNOWLES, warden,

12             Respondent.
                                       /
13

14        Petitioner filed a motion for extension of time to file "objections."  The court

15   understands the motion to be a request for an extension of time to file his traverse and

16   GRANTS it.  (Docket # 31.)  Petitioner must file and serve his traverse no later than

17   **March 13, 2009**.  No further extensions of this deadline will be granted.

18        IT IS SO ORDERED.

19   DATED: January 26, 2009

20                                       Marilyn Hall Patel
                                         United States District Judge
21

22

23

24

25

26

27

28