# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

CLEMETH R. CASTILLE,

      Plaintiff,

  v.

MICHAEL KNOWLES et al,

      Defendant.

_____/

Case Number: CV06-06236 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clemeth Ray Castille P-64803
Folsom State Prison
P.O. Box 29
Represa, CA 95671-0066

Dated: January 22, 2010

                             Richard W. Wieking, Clerk
                             By: Anthony Bowser, Deputy Clerk